IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JANE DOE<br><br>v.<br><br>**DELAWARE COUNTY JUVENIILE,<br>DETENTION CENTER, et al.,** | CIVIL ACTION<br><br>NO. 21-3459 |
|---|---|

## ORDER

**AND NOW,** this 8th day of November, 2021, it is hereby ORDERED that Defendant's Motion to Dismiss (ECF 18) is **DENIED** as **MOOT** because Plaintiff filed an Amended Complaint on November 2, 2021 (ECF 21) and has voluntarily dismissed Defendants Court of Common Pleas 32nd Judicial District of Pennsylvania and Pennsylvania Department of Human Services (ECF 23; 25).

**BY THIS COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 21\21-3459 Doe v. Delaware County Juvenile Detention Center et al\21cv3459 Order to Dismiss.docx